679 A.2d 151

IN THE MATTER OF MARCIA S. KASDAN,
AN ATTORNEY AT LAW.

July 30, 1996.

## ORDER

The Disciplinary Review Board having on July 25, 1996, recommended to the Court that **MARCIA S. KASDAN** of **ENGLEWOOD CLIFFS**, who was admitted to the bar of this State in 1978, and who was thereafter suspended from the practice of law for a period of three years, by Order of this Court dated April 30, 1993, and who remains suspended at this time, be restored to the practice of law;

And the Disciplinary Review Board having further recommended that respondent practice under the supervision of an attorney approved by the Office of Attorney Ethics for a period of two years;

And good cause appearing;

It is ORDERED that **MARCIA S. KASDAN** of **ENGLEWOOD CLIFFS**, be restored to the practice of law effective immediately; and it is further

ORDERED that **MARCIA S. KASDAN** practice under the supervision of an attorney approved by the Office of Attorney Ethics for a period of two years and until further Order of the Court.